**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number *(if known)* _____     Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ashton Enterprise, Inc.** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3499794** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4987 Wewatta Street SW**<br>**Atlanta, GA 30331**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fulton**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Ashton Enterprise, Inc.**                                          Case number (*if known*) _____
          Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | **Ashton Enterprise, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Ashton Enterprise, Inc.**                                   Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 11, 2020**
              MM / DD / YYYY

**X** **/s/ Phillip Ashton Parker**                          **Phillip Ashton Parker**
Signature of authorized representative of debtor            Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X** **/s/ Paul Reece Marr GA Bar #**          Date   **November 11, 2020**
Signature of attorney for debtor                      MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**Suite 960**
**300 Galleria Parkway, N.W.**
**Atlanta, GA 30339**
Number, Street, City, State & ZIP Code

Contact phone   **(770) 984-2255**          Email address   **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 11, 2020**    *X* **/s/ Phillip Ashton Parker**

          Signature of individual signing on behalf of debtor

          **Phillip Ashton Parker**

          Printed name

          **CEO**

          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)      _____

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.......................................................................................      $ _____ **0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.....................................................................................      $ _____ **0.00**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................................      $ _____ **0.00**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
      Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................      $ _____ **62,363.44**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................      $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................      +$ _____ **399,059.10**

4.    Total liabilities .......................................................................................................................
      Lines 2 + 3a + 3b

      $ _____ **461,422.54**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Ashton Enterprise, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Ashton Enterprise, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Ashton Enterprise, Inc.**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** | **National Funding, Inc.** | Describe debtor's property that is subject to a lien | **$32,363.44** | **$0.00** |
| | Creditor's Name | | | |
| | **David Gilbert, C.E.O.**<br>**9820 Towne Centre Drive**<br>**San Diego, CA 92121** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **judgment date 6/11/19; Writ of Fi Fa filed 8/6/2020** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| **2.2** | **Prime Alliance Bank, Inc.** | Describe debtor's property that is subject to a lien | **$30,000.00** | **$0.00** |
| | Creditor's Name | | | |
| | **c/o Hal J. Leitman, Esq.**<br>**2987 Clairmont Road NE; #175**<br>**Atlanta, GA 30329-4406** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **foreign judgment domesticated 01/31/2020** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Ashton Enterprise, Inc.**                                    Case number (if known)  _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$62,363.44** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Prime Alliance Bank, Inc.**<br>**Attn: Legal Dept.**<br>**1868 South 500 West**<br>**Woods Cross, UT 84087** | Line  **2.2** | |
| **The Aubrey Law Firm, PC**<br>**for National Funding, Inc.**<br>**12 Powder Springs St Ste 240**<br>**Marietta, GA 30064** | Line  **2.1** | |

---

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Georgia Department of Revenue
Compliance Div; ARCS-Bankrptcy
1800 Century Blvd; #9100
Atlanta, GA 30345-3202**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| | | | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Internal Revenue Service (CIO)
PO Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Ashton Enterprise, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**Acme Company**
**64 Beaver Street Suite #344**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2** | Nonpriority creditor's name and mailing address

**Advance Financial Corporation**
**3700 Mansell Road; Suite 550**
**Alpharetta, GA 30022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3** | Nonpriority creditor's name and mailing address

**Amur Equipment Finance**
**PO Box 2555**
**Grand Island, NE 68801**

Date(s) debt was incurred _

Last 4 digits of account number  **3047**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4** | Nonpriority creditor's name and mailing address

**Bank of America**
**PO Box 982238**
**El Paso, TX 79998-2238**

Date(s) debt was incurred _

Last 4 digits of account number  **9100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**$5,482.29**

---

**3.5** | Nonpriority creditor's name and mailing address

**Bank of America**
**PO Box 982238**
**El Paso, TX 79998-2238**

Date(s) debt was incurred _

Last 4 digits of account number  **4874**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

**$6,990.84**

---

**3.6** | Nonpriority creditor's name and mailing address

**Bank OZK**
**17901 Chenal Parkway**
**Little Rock, AR 72223**

Date(s) debt was incurred _

Last 4 digits of account number  **2003**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment loan**

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**BB&T**
**c/o PRC**
**2700 Meridian Parkway Ste 200**
**Durham, NC 27713-2204**

Date(s) debt was incurred _

Last 4 digits of account number  **7122;3684**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **accounts payable**

Is the claim subject to offset? ■ No ☐ Yes

**$474.47**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Ashton Enterprise, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,470.70 |
|---|---|---|---|

**BB&T**
PO Box 1847
Wilson, NC 27894-1847

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** account payable

Last 4 digits of account number  9001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,137.17 |
|---|---|---|---|

**Bryn Mawr Funding**
620 W. Germantown Pike
Suite 310
Plymouth Meeting, PA 19462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** business loan

Last 4 digits of account number  1012

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,191.84 |
|---|---|---|---|

**Currency Capital**
4250 N. Drinkwater Blvd
Suite 220
Scottsdale, AZ 85251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** account payable

Last 4 digits of account number  5568

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,353.56 |
|---|---|---|---|

**EBF Partners, LLC**
d/b/a Everest Business Funding
5 West 37th Street, 2nd Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** business loan

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,941.18 |
|---|---|---|---|

**FalcoIn Leasing**
c/o American Lease Insurance
707 Texas Ave, Dept. E58
College Station, TX 77840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** account payable

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,998.16 |
|---|---|---|---|

**Fleet 1**
c/o Greenburg Grant & Richards
5858 Westheimer Road
Houston, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** account payable

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,563.00 |
|---|---|---|---|

**Fox Capital Group**
aka Fox Business Funding
17640 Bentley Dr
Morgan Hill, CA 95037-3124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

**Basis for the claim:** NY judgment

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Ashton Enterprise, Inc.**                                      Case number (if known) _____
          Name

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,947.84**
---|---|---|---

Fuelman Proprietary-DM
c/o Hunter Warfield
PO Box 1280
Oaks, PA 19456-1280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _account payable_

Last 4 digits of account number  9437

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,074.91**

JP Morgan Chase Bank, N.A.
PO Box 15123
Wilmington, DE 19850-5123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _credit card account_

Last 4 digits of account number  7857

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,272.25**

Kabbage, Inc.
Rob J. Frohwein, CEO
730 Peachtree St. NE, Ste 1100
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _business loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,453.43**

Mantis Funding, LLC
Attn: Legal Dept.
315 Madison Avenue, Suite 4026
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  12/31/2018 NY judgment

**Basis for the claim:** _business loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.00**

Merchant Advance, LLC
132 West 36th Street
3rd Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _business loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

National Counsel on Comp. Ins.
Service Center
901 Peninsula Corporate Circle
Boca Raton, FL 33487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _notice only_

Last 4 digits of account number  9979

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,703.50**

Parnell & Parnell, P.A.
for BB&T Recovery
PO Box 2189
Montgomery, AL 36102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _accounts payable_

Last 4 digits of account number  5998;8127

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Ashton Enterprise, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,205.96** |
|---|---|---|---|

**Prime Rate Premium Finance**
**PO Box 100507**
**Florence, SC 29501-0507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **account payable**

Last 4 digits of account number  **4913**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132,500.00** |
|---|---|---|---|

**SBA**
**Georgia District Office**
**233 Peachtree Street, NE; #190**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **on or about 06/15/20**

Basis for the claim:  **COVID-19 EIDL Loan**

Last 4 digits of account number  **0880**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.00** |
|---|---|---|---|

**StoneWood Insurance Company**
**Sarah Josselyn**
**PO Box 97488**
**Raleigh, NC 27624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **account payable**

Last 4 digits of account number  **018A**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.00** |
|---|---|---|---|

**Travelers-RMD**
**PO Box 5600**
**Hartford, CT 06102-5600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **account payable**

Last 4 digits of account number  **2218**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,112.00** |
|---|---|---|---|

**Trenen Capital, Inc.**
**40 Wall Street**
**28th Floor**
**New York, NY 10005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NY judgment**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank OZK**<br>**PO Box 196**<br>**Ozark, AR 72949** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **BB&T**<br>**PO Box 196**<br>**Wilson, NC 27894-0819** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Ashton Enterprise, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **BB&T**<br>**PO Box 830913**<br>**Birmingham, AL 35283-0913** | Line  **3.7**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **C2C Resources, LLC**<br>**Attn: Todd Tinkler**<br>**56 Perimeter Center East; #100**<br>**Atlanta, GA 30346-2214** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **Celtic Bank Corporation**<br>**Reese S. Howell Jr., CEO**<br>**268 South State Street; # 300**<br>**Salt Lake City, UT 84111** | Line  **3.17**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Commercial Finance &  Leasing**<br>**Bank of Cardiff, Inc.**<br>**12626 High Bluff Dr #370**<br>**San Diego, CA 92130** | Line  **3.19**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Commercial Finance & Leasing**<br>**Bank of Cardiff, Inc.**<br>**12626 High Bluff Dr #370**<br>**San Diego, CA 92130-2074** | Line  **3.9**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Dept. of Justice-Tax Division**<br>**Chief Civil Trial §, S Region**<br>**POBox14198, BenFranklinStation**<br>**Washington, DC 20044** | Line  **2.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Enverto Investment Group LLC**<br>**Attn: Bankruptcy Dept.**<br>**4250 N Drinkwater Blvd #220**<br>**Scottsdale, AZ 85251-3985** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Everest Business Funding**<br>**5 West 37th Street**<br>**Suite 1100**<br>**New York, NY 10018** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **Everest Business Funding LLC**<br>**8200 NW 52nd Terr**<br>**Second Floor**<br>**Miami, FL 33166-7852** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Falcoln Leasing**<br>**a Division of Falcon N'tl Bank**<br>**28 11th Ave. S.**<br>**Saint Cloud, MN 56301** | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **Fuelman**<br>**PO Box 924138**<br>**Norcross, GA 30010** | Line  **3.15**<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | **Internal Revenue Service**<br>**401 W. Peachtree Street, N.W.**<br>**Stop 334-D**<br>**Atlanta, GA 30308** | Line  **2.2**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Ashton Enterprise, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **JP Morgan Chase Bank, N.A.**<br>**Bankruptcy Mail Intake Team**<br>**700 Kansas Lane Floor 01**<br>**Monroe, LA 71203-4774** | Line __**3.16**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Kabbage, Inc.**<br>**925B Peachtree Street NE**<br>**Suite 1688**<br>**Atlanta, GA 30309** | Line __**3.17**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **KJ Insurance AGency**<br>**PO Box 80263**<br>**Conyers, GA 30013-8263** | Line __**3.20**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Mantis Funding, LLC**<br>**64 Beaver Steet; Ste. 240**<br>**New York, NY 10004** | Line __**3.18**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **McGriff Ins. Services**<br>**PO Box 111**<br>**Thomaston, GA 30286** | Line __**3.22**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Merchant Advance, LLC**<br>**475 Park Avenue South**<br>**16th Floor**<br>**New York, NY 10010-6000** | Line __**3.19**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Office of the Attorney General**<br>**State of Georgia**<br>**40 Capital Square, SW**<br>**Atlanta, GA 30334** | Line __**2.1**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Trinity Underwriting Managers**<br>**P.O. Box 537**<br>**Pooler, GA 31322** | Line __**3.22**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **U.S. Attorney**<br>**600 Richard Russell Building**<br>**75 Spring Street, SW**<br>**Atlanta, GA 30303** | Line __**2.2**__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **U.S. Attorney General**<br>**U.S. Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | Line __**2.2**__<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 399,059.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 399,059.10 |

**Fill in this information to identify the case:**

Debtor name    **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City      State      Zip Code | | |
| 2.2 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City      State      Zip Code | | |
| 2.3 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City      State      Zip Code | | |
| 2.4 _____ | _____ Street | _____ | ☐ D ☐ E/F ☐ G |
| | _____ City      State      Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Ashton Enterprise, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other  _____ | **$18,300.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other  _____ | **$16,804.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other  _____ | **$8,054.00** |

2.    **Non-business revenue**
      Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
      and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
      List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
      filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
      and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
      List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Ashton Enterprise, Inc. | Case number *(if known)* |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Prime Alliance Bank, Inc. v. Ashton Enterprises, Inc. 2020CV338978** | **Motion to compel post judgment discovery** | **Fulton County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Prime Alliance Bank, Inc. v. Ashton Enterprises, Inc. 2020CV331305** | **domestication of foreign judgment** | **Fulton County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Ashton Enterprise, Inc.**                                              Case number *(if known)* _____

---

**Part 5:** | **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** | **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Paul Reece Marr, P.C.**<br>**Suite 960**<br>**300 Galleria Parkway, N.W.**<br>**Atlanta, GA 30339** | **$3,000 attorney fee + $335 Petition filing fee** | **11/04/2020** | **$3,335.00** |
| | Email or website address<br>**paul.marr@marrlegal.com** | | | |
| | Who made the payment, if not debtor?<br>**Phillip A. Parker, debtor's sole shareholder and officer** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** | **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor   **Ashton Enterprise, Inc.**                                   Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Ashton Enterprise, Inc.**                                   Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page 5

Debtor    **Ashton Enterprise, Inc.**                                        Case number *(if known)* _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Phillip Parker**<br>**4987 Wewatta Street SW**<br>**Atlanta, GA 30331** | |
| 26a.2.    **Bryan Singletary**<br>**Singletary Tax Solutions**<br>**17021 Belmont Stakes Lane**<br>**Charlotte, NC 28278** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Phillip Parker**<br>**4987 Wewatta Street SW**<br>**Atlanta, GA 30331** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Phillip A. Parker** | **4987 Wewatta Street SW**<br>**Atlanta, GA 30331** | **sole shareholder and officer** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Debtor    **Ashton Enterprise, Inc.**                                      Case number *(if known)* _____

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

Debtor    **Ashton Enterprise, Inc.**                                      Case number *(if known)*

---

**Part 14:**  Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2020**

**/s/ Phillip Ashton Parker**                          **Phillip Ashton Parker**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia, Atlanta Division

In re  **Ashton Enterprise, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 3,000.00 |
| Balance Due | $ | 0.00 |

2.  $  **335.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):     **Phillip A. Parker, debtor's sole shareholder and officer**

4.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **representation of the debtor(s) in adversary proceedings.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 11, 2020**

*Date*

**/s/ Paul Reece Marr GA Bar #**
**Paul Reece Marr GA Bar # 471230**
*Signature of Attorney*
**Paul Reece Marr, P.C.**
**Suite 960**
**300 Galleria Parkway, N.W.**
**Atlanta, GA 30339**
**(770) 984-2255   Fax: (678) 623-5109**
**paul.marr@marrlegal.com**
*Name of law firm*

---

## United States Bankruptcy Court
### Northern District of Georgia,  Atlanta Division

In re    **Ashton Enterprise, Inc.**                                    Case No. _____

                                        Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 11, 2020**                    **/s/ Phillip Ashton Parker**

                                        **Phillip Ashton Parker**/CEO
                                        Signer/Title

```
Acme Company
64 Beaver Street Suite #344
New York, NY 10004


Advance Financial Corporation
3700 Mansell Road; Suite 550
Alpharetta, GA 30022


Amur Equipment Finance
PO Box 2555
Grand Island, NE 68801


Bank of America
PO Box 982238
El Paso, TX 79998-2238


Bank OZK
17901 Chenal Parkway
Little Rock, AR 72223


Bank OZK
PO Box 196
Ozark, AR 72949


BB&T
c/o PRC
2700 Meridian Parkway Ste 200
Durham, NC 27713-2204


BB&T
PO Box 1847
Wilson, NC 27894-1847


BB&T
PO Box 196
Wilson, NC 27894-0819
```

```
BB&T
PO Box 830913
Birmingham, AL 35283-0913


Bryn Mawr Funding
620 W. Germantown Pike
Suite 310
Plymouth Meeting, PA 19462


C2C Resources, LLC
Attn: Todd Tinkler
56 Perimeter Center East; #100
Atlanta, GA 30346-2214


Celtic Bank Corporation
Reese S. Howell Jr., CEO
268 South State Street; # 300
Salt Lake City, UT 84111


Commercial Finance &  Leasing
Bank of Cardiff, Inc.
12626 High Bluff Dr #370
San Diego, CA 92130


Commercial Finance & Leasing
Bank of Cardiff, Inc.
12626 High Bluff Dr #370
San Diego, CA 92130-2074


Currency Capital
4250 N. Drinkwater Blvd
Suite 220
Scottsdale, AZ 85251


Dept. of Justice-Tax Division
Chief Civil Trial $, S Region
POBox14198, BenFranklinStation
Washington, DC 20044
```

EBF Partners, LLC
d/b/a Everest Business Funding
5 West 37th Street, 2nd Floor
New York, NY 10018


Enverto Investment Group LLC
Attn: Bankruptcy Dept.
4250 N Drinkwater Blvd #220
Scottsdale, AZ 85251-3985


Everest Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018


Everest Business Funding LLC
8200 NW 52nd Terr
Second Floor
Miami, FL 33166-7852


Falcoln Leasing
c/o American Lease Insurance
707 Texas Ave, Dept. E58
College Station, TX 77840


Falcoln Leasing
a Division of Falcon N'tl Bank
28 11th Ave. S.
Saint Cloud, MN 56301


Fleet 1
c/o Greenburg Grant & Richards
5858 Westheimer Road
Houston, TX 77057


Fox Capital Group
aka Fox Business Funding
17640 Bentley Dr
Morgan Hill, CA 95037-3124

```
Fuelman
PO Box 924138
Norcross, GA 30010


Fuelman Proprietary-DM
c/o Hunter Warfield
PO Box 1280
Oaks, PA 19456-1280


Georgia Department of Revenue
Compliance Div; ARCS-Bankrptcy
1800 Century Blvd; #9100
Atlanta, GA 30345-3202


Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308


Internal Revenue Service (CIO)
PO Box 7346
Philadelphia, PA 19101-7346


JP Morgan Chase Bank, N.A.
PO Box 15123
Wilmington, DE 19850-5123


JP Morgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774


Kabbage, Inc.
Rob J. Frohwein, CEO
730 Peachtree St. NE, Ste 1100
Atlanta, GA 30308
```

Kabbage, Inc.
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309


KJ Insurance AGency
PO Box 80263
Conyers, GA 30013-8263


Mantis Funding, LLC
Attn: Legal Dept.
315 Madison Avenue, Suite 4026
New York, NY 10017


Mantis Funding, LLC
64 Beaver Steet; Ste. 240
New York, NY 10004


McGriff Ins. Services
PO Box 111
Thomaston, GA 30286


Merchant Advance, LLC
132 West 36th Street
3rd Floor
New York, NY 10018


Merchant Advance, LLC
475 Park Avenue South
16th Floor
New York, NY 10010-6000


National Counsel on Comp. Ins.
Service Center
901 Peninsula Corporate Circle
Boca Raton, FL 33487

```
National Funding, Inc.
David Gilbert, C.E.O.
9820 Towne Centre Drive
San Diego, CA 92121


Office of the Attorney General
State of Georgia
40 Capital Square, SW
Atlanta, GA 30334


Parnell & Parnell, P.A.
for BB&T Recovery
PO Box 2189
Montgomery, AL 36102


Prime Alliance Bank, Inc.
c/o Hal J. Leitman, Esq.
2987 Clairmont Road NE; #175
Atlanta, GA 30329-4406


Prime Alliance Bank, Inc.
Attn: Legal Dept.
1868 South 500 West
Woods Cross, UT 84087


Prime Rate Premium Finance
PO Box 100507
Florence, SC 29501-0507


SBA
Georgia District Office
233 Peachtree Street, NE; #190
Atlanta, GA 30303


StoneWood Insurance Company
Sarah Josselyn
PO Box 97488
Raleigh, NC 27624
```

```
The Aubrey Law Firm, PC
for National Funding, Inc.
12 Powder Springs St Ste 240
Marietta, GA 30064


Travelers-RMD
PO Box 5600
Hartford, CT 06102-5600


Trenen Capital, Inc.
40 Wall Street
28th Floor
New York, NY 10005


Trinity Underwriting Managers
P.O. Box 537
Pooler, GA 31322


U.S. Attorney
600 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
```

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re  **Ashton Enterprise, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ashton Enterprise, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 11, 2020**

Date

**/s/ Paul Reece Marr GA Bar #**

**Paul Reece Marr GA Bar # 471230**

Signature of Attorney or Litigant

Counsel for   **Ashton Enterprise, Inc.**

**Paul Reece Marr, P.C.**
**Suite 960**
**300 Galleria Parkway, N.W.**
**Atlanta, GA 30339**
**(770) 984-2255 Fax:(678) 623-5109**
**paul.marr@marrlegal.com**